William D. Hyslop
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 16 2020

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE PATRICK WILSON,<br><br>Defendant. | **2:20-CR-114-RMP**<br>INDICTMENT<br><br>Vio:  18 U.S.C. §§ 922(g)(1), 924(a)(2)<br>Felon in Possession of a Firearm (Counts 1 and 2)<br><br>18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

### COUNT 1

On or about February 5, 2018, in the Eastern District of Washington, the Defendant, SHANE PATRICK WILSON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit:  a Tanfoglio, model Witness, .40 caliber pistol, bearing serial number AE74007, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

INDICTMENT – 1

COUNT 2

Between on or about December 23, 2017, and on or about February 8, 2018, in the Eastern District of Washington, the Defendant, SHANE PATRICK WILSON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Sig Sauer, model P226, 9mm caliber pistol, bearing serial number 47A051536, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in this Indictment, Defendant, SHANE PATRICK WILSON, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense.

DATED this 15 day of September, 2020.

_____
William D. Hyslop
United States Attorney

_____
Patrick J. Cashman
Assistant United States Attorney

INDICTMENT – 2