FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 16 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# CHARGES AND PENALTIES

CASE NAME: Shane Patrick Wilson    CASE NO. **2:20-CR-114-RMP-1**

TOTAL # OF COUNTS: 2    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1-2 | 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Felon in Possession of a Firearm | CAG not more than 10 years; and/or a fine not to exceed $250,000; up to 3 years supervised release; and a $100 special penalty assessment |
|  |  |  |  |
|  | 18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c) | Forfeiture Allegtions |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |