PROB 12C
(6/16)

Report Date: January 26, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 26, 2024**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shane Patrick Wilson    Case Number: 0980 2:20CR00114-SAB-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 26, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 18 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: | November 24, 2023 |
| Defense Attorney: | Richard Lynn Mount | Date Supervision Expires: | November 23, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On November 28, 2023, a supervision intake was completed. Shane Wilson acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about January 8, 2024. |
| | Mr. Wilson is also under the supervision of the Washington State Department of Corrections (WADOC). On January 26, 2024, the WADOC officer contacted the undersigned to advise that on January 8, 2024, they utilized an oral mouth swab for drug testing purposes. They advised the test results showed a positive presence for methamphetamine. |

Prob12C
**Re: Wilson, Shane Patrick**
**January 26, 2024**
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about January 21, 2024.

On January 22, 2024, Mr. Wilson reported to the U.S. Probation Office. He admitted using methamphetamine and signed a drug use admission form indicating use of methamphetamine on January 21, 2024.

A urine sample was collected, and Mr. Wilson tested presumptive positive for both methamphetamine and cocaine. He denied use of cocaine. The sample was sent to the lab for additional testing. (See violation number 3).

3     **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by consuming a controlled substance, cocaine, on or about January 22, 2024.

On January 22, 2024, Mr. Wilson reported to the U.S. Probation Office. He admitted using methamphetamine and signed a drug use admission form indicating use of methamphetamine on January 21, 2024.

A urine sample was collected, and Mr. Wilson tested presumptive positive for both methamphetamine and cocaine. He denied use of cocaine. The sample was sent to the lab for additional testing. The lab report confirmed a positive presence for cocaine.

4     **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by failing to attend substance abuse treatment on or about January 25, 2024.

Shane Wilson is enrolled in substance abuse outpatient services with Pioneer Human Services (PHS).

Mr. Wilson was scheduled to attend an individual therapy session with his primary counselor on January 25, 2024. Pioneer staff advised that he failed to attend that appointment.

Prob12C
Re: Wilson, Shane Patrick
January 26, 2024
Page 3

| | |
|---|---|
| 5 | **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by failing to report a change in residence on January 24, 2024.

On January 26, 2024, contact was made with Mr. Wilson's significant other. She advised she kicked Mr. Wilson out of their residence on January 24, 2024. She advised she did not know where he was currently staying.

The undersigned attempted to contact Mr. Wilson. A voice message was left directing him to report on January 26, 2024, no later that 3 p.m. At the time of this report, Mr. Wilson has not contacted the probation office.
It should also be noted that the WADOC officer attempted a home visit on January 26, 2024, and Mr. Wilson's belongings were observed on the porch. Mr. Wilson's significant other confirmed with the WADOC officer that she had kicked him out of the residence.

| | |
|---|---|
| 6 | **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the Court or the probation office about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by failing to report as directed on or about January 26, 2024.

On January 26, 2024, contact was made with Mr. Wilson's significant other. She advised that she kicked Mr. Wilson out of their residence on January 24, 2024. She advised she did not know where he was currently staying.

The undersigned attempted to contact Mr. Wilson. A voice message was left directing him to report on January 26, 2024, no later that 3 p.m. At the time of this report, Mr. Wilson has not contacted the probation office.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   January 26, 2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Wilson, Shane Patrick
January 26, 2024
Page 4

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

1/26/2024

Date