PROB 12C
(6/16)

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: May 21, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2024

SEAN F. McAVOY, CLERK

Name of Offender: Shane Patrick Wilson     Case Number: 0980 2:20CR00114-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 26, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 18 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: | November 24, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | November 23, 2026 |

## PETITIONING THE COURT

**To issue a WARRANT**.

On November 28, 2023, Ms. Shane Wilson signed his conditions relative to case number 2:20CR00114-SAB-1, indicating that he understood all conditions as ordered by the Court.

In addition, on March 15, 2024, a revocation hearing was held by the Court, in which additional conditions of supervised release were imposed by the Court, to include conditions requiring inpatient placement and Residential Reentry Center (RRC) placement. This latter condition has been referenced herein as special condition number 7.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by consuming a controlled substance, Buprenorphine and Norbuprenorphine, on or about May 15, 2024.<br><br>Mr. Wilson has been residing at the Residential Reentry Center (RRC) since May 7, 2024. An intake urinalysis was collected on May 7, 2024, which returned with negative results. On May 20, 2024, RRC staff reported that they received a lab report for a urinalysis |

Prob12C
Re: Wilson, Shane Patrick
May 21, 2024
Page 2

        collected on May 15, 2024. The results noted a positive presence for Buprenorphine and Norbuprenorphine, consistent with the prescription for Suboxen, for which Mr. Wilson does not have a current prescription for.

2    **Special Condition # 7**: Defendant shall reside at an Residential Reentry Center (RRC) for up to 180 days.

    **Supporting Evidence**: It is alleged that Mr. Wilson violated the terms of his supervised release by being terminated from the RRC on or about May 20, 2024.

    Mr. Wilson entered the RRC on May 7, 2024. As noted in alleged violation number 1 above, he tested positive for a controlled substance. As a result, he has been terminated from the program.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/21/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/21/2024
Date