PROB 12C
(6/16)

Report Date: May 24, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 28, 2024**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shane Patrick Wilson | Case Number: 0980 2:20CR00114-SAB-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 26, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1),924(a)(2) | | |
| Original Sentence: | Prison - 18 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: | November 24, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | November 23, 2026 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/21/2024.

On November 28, 2023, Ms. Shane Wilson signed his conditions relative to case number 2:20CR00114-SAB-1, indicating that he understood all conditions as ordered by the Court.

In addition, on March 15, 2024, a revocation hearing was held by the Court, in which additional conditions of supervised release were imposed by the Court, to include conditions requiring inpatient placement and Residential Reentry Center (RRC) placement. This latter condition has been referenced herein as special condition number 7.

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by consuming alcohol, on or about May 23, 2024. |
| | On May 22, 2024, Mr. Wilson was discharged from the residential reentry center (RRC) due to testing positive for Buprenorphine and Norbuprenorphine, ( see the petition and violation report submitted on May 21, 2024). As a result, he was directed to report on May 23, 2024, to the probation office. |

Prob12C
Re: Wilson, Shane Patrick
May 24, 2024
Page 2

On May 23, 2024, he reported as directed. The undersigned officer believed they smelled an odor of alcohol coming from Mr. Wilson's mouth. He was questioned as to whether he had been drinking, which he denied.

Three Breathalyzer tests were administered. The results of these tests were .021, .016, and .010. Despite these results, Mr. Wilson continued to denied consumption of alcohol.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/24/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

5/28/2024
Date