PROB 12C
(6/16)

Report Date:  May 30, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shane Patrick Wilson              Case Number: 0980 2:20CR00114-SAB-1

Address of Offender: ███████████  Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 26, 2022

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1),924(a)(2) | |
| Original Sentence: | Prison - 18 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: November 24, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 23, 2026 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/21/2024 and 5/24/2024.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by consuming a controlled substance, morphine, on or about May 23, 2024. |
| | On May 23, 2024, Mr. Wilson reported to the United States Probation Office.  At that time a urinalysis was requested.  The sample tested presumptive positive for methamphetamine and morphine.  Mr. Wilson denied use and the sample was sent to the lab for additional testing. |
| | A lab report has since been received and confirmed a positive presence for morphine. |

Prob12C
# Re: Wilson, Shane Patrick
May 30, 2024
Page 2

| | | |
|---|---|---|
| 5 | **Standard Condition #13:** | You must follow the instructions of the probation officer related to the conditions of supervision. |

**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by attempting to circumvent a urinalysis by utilizing a device designed for the purpose of defeating a drug test, on or about May 30, 2024.

On November 28, 2023, during his supervision intake, Mr. Wilson signed the Substance Abuse Testing Instructions which includes testing instruction number 16. "You shall not use any product or device of any kind that is used to defeat or falsify a urinalysis test."

On May 30, 2024, Mr. Wilson reported to the United States Probation Office. At that time, he was directed to submit to a urinalysis.

During the urine collection procedure, the probation officer observed what appeared to be a small plastic tube located near Mr. Wilson's groin area. He was questioned and Mr. Wilson initially became defensive and denied having a device on him.

Mr. Wilson ultimately admitted to having the device, stating he was scared of providing another positive urinalysis. He removed the device, which appeared to be an ACE type bandage with a small pouch that had contained a yellow liquid with a clear plastic tube attached.

| | | |
|---|---|---|
| 6 | **Mandatory Condition # 3**: | You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about May 28, 2024.

On May 30, 2024, Mr. Wilson reported to the United States Probation Office. As noted in alleged violation number 5 above, Mr. Wilson attempted to defeat a urinalysis. He ultimately admitted to consuming methamphetamine on May 28, 2024, and signed a drug use admission form.

A valid urine specimen was subsequently collected. It tested presumptive positive for both methamphetamine and cocaine. As noted, he admitted to consuming methamphetamine on May 28, 2024, however, he denied use of cocaine and the sample was sent to the lab for additional testing.

Prob12C
Re: Wilson, Shane Patrick
May 30, 2024
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/30/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

5/30/2024
Date