PROB 12C
(6/16)

Report Date:  June 5, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shane Patrick Wilson          Case Number: 0980 2:20CR00114-SAB-1

Address of Offender: ████████ ██ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 26, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1),924(a)(2) | | |
| Original Sentence: | Prison - 18 months;<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: | November 24, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | November 23, 2026 |

---

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 5/21/2024, 5/24/2024 and 5/30/2024.

On November 28, 2023, Ms. Shane Wilson signed his conditions relative to case number 2:20CR00114-SAB-1, indicating that he understood all conditions as ordered by the Court.

In addition, on March 15, 2024, a revocation hearing was held by the Court, in which additional conditions of supervised release were imposed by the Court, to include conditions requiring inpatient placement and Residential Reentry Center (RRC) placement.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**:  It is alleged that Shane Wilson violated the terms of his supervised release by failing to report as directed, on or about June 4, 2024. |
| | On June 4, 2024, at approximately 9:45 a.m., Mr. Wilson was contacted by telephone by the undersigned officer.  Mr. Wilson was directed to report to the probation office that same day, no later than 3 p.m., to submit to a urinalysis.  He agreed to do so. |

Prob12C
**Re: Wilson, Shane Patrick**
**June 5, 2024**
**Page 2**

At approximately 3:18 p.m., he left the undersigned a voicemail message stating he forgot his phone and was unable to secure a ride to the probation office and that he had spent the day walking very long distances to find a ride and ultimately walked home. The undersigned made contact with him by phone at approximately 3:23 p.m. and advised he was still expected to report to the probation office for a urinalysis and he was then directed to report within the hour.

Mr. Wilson failed to report to the probation office on June 4, 2024.

8    **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by failing to submit to a urinalysis, on or about June 4, 2024.

On June 4, 2024, at approximately 9:45 a.m., Mr. Wilson was contacted by telephone by the undersigned officer. Mr. Wilson was directed to report to the probation office that same day, no later than 3 p.m. to submit to a urinalysis. He agreed to do so.

At approximately 3:18 p.m., he left the undersigned a voicemail message stating he forgot his phone and was unable to secure a ride to the probation office and that he had spent the day walking very long distances to find a ride and ultimately walked home. The undersigned made contact with him by phone at approximately 3:23 p.m. and advised he was still expected to report to the probation office for a urinalysis and he was then directed to report within the hour.

Mr. Wilson failed to report to the probation office on June 4, 2024, thereby also failing to submit to a urinalysis.

Additionally, Mr. Wilson is enrolled in random urinalysis testing with Pioneer Human Services (PHS). He is expected to call the testing line daily to determine if he is expected to appear that same day to submit to a urinalysis, which is based off a color system. The testing hours are open until 7 p.m. Mr. Wilson's color was also called for June 4, 2024, and he failed to appear at PHS for a urinalysis.

9    **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by failing to attend substance abuse treatment, on or about June 3, 2024.

Prob12C
**Re: Wilson, Shane Patrick**
**June 5, 2024**
**Page 3**

Mr. Wilson is enrolled in intensive outpatient treatment with Pioneer Human Services (PHS).

On June 4, 2024, PHS advised that Mr. Wilson failed to attend substance abuse treatment on June 3, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___06/05/2024___

___s/Melissa Hanson___

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

___Stanley A. Bastian___
Signature of Judicial Officer

___6/5/2024___
Date