PROB 12C
(6/16)

Report Date: January 28, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Shane Patrick Wilson                Case Number: 0980 2:20CR00114-RLP-1

Address of Offender: ███████████  Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: September 26, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 18 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Judgment (July 19, 2024): | Prison - 49 days; TSR - 34 months | | |
| Asst. U.S. Attorney: | Michael Ellis | Date Supervision Commenced: | July 23, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | May 22, 2027 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/22/2025.

On July 30, 2024, a supervision intake was completed with Ms. Shane Wilson. He signed a copy of his judgment, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by failing to report as directed on January 24, 2025 or since.<br><br>On January 21, 2025, Mr. Wilson reported to the probation office. Due to him reporting nearly 5 hours late, the undersigned was unable to meet with him and he was directed to report again on Friday, January 24, 2025, at 8 a.m.<br><br>On January 24, 2025, Mr. Wilson failed to report. |

| | | |
|---|---|---|
| 8 | | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by failing to appear for a random urinalysis, on or about January 24, 2025.

Mr. Wilson is enrolled in random drug testing with Pioneer Human Services (PHS). He is expected to call the drug testing line daily to determine if he is to report that same day for testing.

PHS advised that Mr. Wilson failed to appear for a random urinalysis on January 24, 2025.

9    **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by failing to attend substance abuse treatment on or about January 24, 2025.

Shane Wilson is enrolled in substance abuse outpatient services with Pioneer Human Services (PHS).

Mr. Wilson was scheduled to attend an individual therapy session with his primary counselor on January 24, 2025. PHS staff advised that he failed to attend that appointment.

10    **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by consuming alcohol, on or about January 14, 2025.

On January 14, 2025, Mr. Wilson reported to the probation office and submitted to a urinalysis. The sample tested presumptive positive for alcohol, to which he denied use of. A lab report has since been received confirming a positive presence for Ethyl Glucuronide and Ethyl Sulfate, consistent with the consumption of alcohol.

Prob12C
Re: Wilson, Shane Patrick
January 28, 2025
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/28/2025

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[x]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

January 28, 2025

Date