PROB 12C
(6/16)

Report Date: February 11, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 12, 2026**

SEAN F. McAVOY, CLERK

ECF No 146

Name of Offender: Shane Patrick Wilson    Case Number: 0980 2:20CR00114–RLP-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: September 26, 2022

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 18 months;<br>TSR - 36 | Type of Supervision: Probation |
| Revocation Sentence:<br>(July 19, 2024) | Prison - 49 days;<br>TSR - 34 months | |
| Asst. U.S. Attorney: | Michael Ellis | Date Supervision Commenced: July 23, 2024 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: May 22, 2027 |

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/22/2025, 01/28/2025, 07/16/2025 and 8/6/2025.

On July 30, 2024, a supervision intake was completed with Mr. Shane Wilson. He signed a copy of his judgment, indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 18 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by committing the offense of Third Degree Theft, Shoplifting, in violation of RCW 9A.56.050 , on or about October 15, 2025.

According Spokane Police incident report, on October 15, 2025, a Spokane police officer (SPO) was working a theft detail at Walmart located in North Spokane. The SPO made contact with loss prevention and was advised of a male, later identified as Shane Wilson, concealing items inside the store. The SPO made contact with Mr. Wilson.  Mr. Wilson immediately  ran from the officer, but was ultimately apprehended.  After being read his

**Prob12C**
**Re: Wilson, Shane Patrick**
**February 11, 2026**
**Page 2**

Miranda Rights, Mr. Wilson admitted to stealing a pair of volleyball kneepads for a friend. Mr. Wilson was cited for third degree theft.

19      **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: It is alleged that Shane Wilson violated the terms of his supervised release by committing the offense of Attempting to Elude Police Vehicle, in violation of RCW 46.61.024, on or about January 31, 2026.

According to available Spokane County Sheriff's Office incident reports, on January 31, 2026, Spokane Valley sheriff's deputies responded to notification of a vehicle known to be driven by Shane Wilson, who had an active U.S. Marshals warrant as well as a warrant related the third degree theft charge noted in alleged violation number 18.

The deputies observed the driver, who matched a booking photo of Mr. Wilson, and activated their red and blue emergency lights of their patrol vehicles and the suspect vehicle sped off at a high rate of speed. Due to the reckless driving of Mr. Wilson, the deputies determined the risk to the public was too great and stopped pursuing the suspect vehicle.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    2/11/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS
[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ x]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[ x]    Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer
February 12, 2026

Date